App. Div.]  First Department, January, 1907.

Memphis Trotting Association, Respondent, v. Elmer E. Smathers, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Charles Jungman, Appellant, v. Andrew D. Parker, Respondent.— Order modified by allowing the defendant to serve the answer annexed to the moving papers, and as so modified affirmed, without costs. ' No opinion. Settle order on notice.

Magee Carpet Company, Appellant, v. James Martin White and Others, Respondents.— Order modified by striking out the words, " or to any other counselor at law or notary public of the State of Pennsylvania," and as so modified affirmed, without costs. No opinion. Settle order on notice.

John W. Willson, Appellant, v. Lillian E. Willson, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Augusta H. Beyer, Respondent, v. The Henry Huber Company, Appellant.— Order modified by striking out the costs in the court below, and as modified affirmed, without costs. No opinion. Settle order on notice.

Louise Koegler, Respondent, v. John C. Koegler, Appellant.— Order modified by striking out the $100 allowed for back alimony and by reducing the allowance for alimony to $15 a week, and as modified affirmed, without costs. No opinion. Settle order on notice.

William H. Sullivan and Others v. John McCann and Others.— Motion denied, without costs. Memorandum per curiam. Order filed.

The People of the State of New York v. Emil Henschel.— Motion granted. Order filed.

William Law v. Elizabeth Law and Others.— Motion denied on condition that appellant be ready for argument at the March term. Order filed.

In the Matter of Benjamin Richardson.— Motion denied. Order filed.

In the Matter of Aaron Abramsohn v. Harris' Goldberg.— Motion granted, with ten dollars costs. Order filed.

Farrell Lunny v. Malleville W. McClellan.— Motion denied, with ten dollars costs. Order filed.

The People of the State of New York ex rel. Joseph L. Baum v. Edmond J. Butler.— Motion denied, with ten dollars costs. Order filed.

Mary A. Lawrence v. New York Transportation Company.— Motion denied, with ten dollars costs. Order filed.

In the Matter of William R. Hearst v. George B. McClellan.— Motion denied, with ten dollars costs. Order filed.

Florence Nunnally v. New Yorker Zeitung Publishing and Printing Company. — Motion denied, with ten dollars costs. Order filed.

Joseph Otero v. Clyde Steamship Company.— Motion denied, without costs. Order filed.

Einar Chrystie v. George Cromwell.— Motion denied, with ten dollars costs. Order filed.

Harry J. Hearn v. Charles A. Stevens & Brother.— Motion denied, with ten dollars costs. Order filed.